**Ismael BARRON, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 06–35142.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed March 1, 2007.

Ismael Barron, Sheridan, OR, pro se.

Helen J. Brunner, Esq., Ronald J. Friedman, Esq., Office of the U.S. Attorney, Seattle, WA, for Respondent–Appellee.

<hr>

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Ismael Barron appeals pro se from the district court's judgment denying his petition for a writ of audita querela. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

To the extent Barron contends he is entitled to a writ of audita querela to obtain re-sentencing in light of *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), his contention is foreclosed. *See Carrington v. United States*, 470 F.3d 920, 923 (9th Cir.2006) (holding that petitioners may not obtain re-sentencing based on *Booker* by collaterally attacking their sentences through a petition for a writ of audita querela).

To the extent Barron contends that he is seeking only a new Presentence Report, this contention also is foreclosed. *See Doe v. INS*, 120 F.3d 200, 203–04 (9th Cir.1997) (recognizing that, to the extent writs of audita querela still exist, they are available only if a defendant has a legal defense or discharge to the underlying judgment and only when the defense or discharge arises subsequent to entry of the final judgment).

**AFFIRMED.**

<hr>

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.